**UNITED STATES DISTRICT COURT**
**THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION** | Case No. 2:18-md-2846<br><br>Judge Edmund A. Sargus, Jr.<br>Magistrate Judge Kimberly A. Jolson |

**This document relates to:**
*Miron v. Davol, Inc., et al.*
Case No. 2:21-cv-960

**ORDER**

On August 28, 2018, Plaintiff Sharon Miron filed a complaint in the Rhode Island Superior Court under Case No. PC-2018-6173 (ECF No. 4-1).  In the complaint, Plaintiff asserts several claims based on alleged injuries caused by a Sepramesh Composite IP hernia mesh device, a product manufactured by Defendants. (*Id.*)  On March 8, 2021, through different counsel, Plaintiff filed a complaint in this MDL, also alleging injuries caused by the Sepramesh IP. (ECF No. 1.) On September 20, 2023, Defendants filed a motion to dismiss the instant action as duplicative of Case No. PC-2018-6173.  (ECF No. 4.)  Plaintiff did not file a response, and the Court will therefore treat the motion as unopposed.  Accordingly, Defendants' motion (ECF No. 4) is **GRANTED** and this case is **DISMISSED**.

      IT IS SO ORDERED.


**12/13/2023**                                             s/Edmund A. Sargus, Jr.
**DATE**                                                     **EDMUND A. SARGUS, JR.**
                                                           **UNITED STATES DISTRICT JUDGE**